Kenneth C. Johnston
State Bar No. 00792608
kjohnston@johnstonpratt.com
Sean M. Affleck
State Bar No. 24105491
saffleck@johnstonpratt.com
JOHNSTON PRATT PLLC
1717 Main Street, Suite 3000
Dallas, Texas 75201
(214) 974-8000 (telephone)
(972) 474-1750 (facsimile)

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In Re:** | |
| **BRITLIND OIL, LLC,** | Case No. 3:18-bk-33693-11 |
| Debtor. | Chapter 11 |
| **BRITLIND OIL, LLC,** | |
| Plaintiff, | Adversary No. 19-03013-sgj |
| v. | |
| **OLYMPIC MINERAL LEASING, LLC,** | Hearing Date: April 4, 2019 |
| Defendant. | Hearing Time: 2:30 p.m. |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the *Ad Hoc Committee of Interest Holders' Motion Pursuant to Federal Rule 24 and Bankruptcy Rule 7024 Permitting Intervention* [Doc. 7] has been set for **Thursday, April 4, 2019, at 2:30 p.m.** before the Honorable Stacey G. C. Jernigan in the United States Bankruptcy Court of the Northern District of Texas, Dallas Division, Earle Cabel Federal Building, 1100 Commerce Street, 14th Floor, Courtroom No. 1, Dallas, Texas 75242.

DATED:  March 4, 2019.

Respectfully submitted,

**JOHNSTON PRATT PLLC**

By: */s/ Kenneth C. Johnston*
    Kenneth C. Johnston
    State Bar No. 00792608
    kjohnston@johnstonpratt.com

    Sean M. Affleck
    State Bar No. 24105491
    saffleck@johnstonpratt.com

1717 Main Street, Suite 3000
Dallas, Texas 75201
(214) 974-8000 (telephone)
(972) 474-1750 (facsimile)

***Attorneys for Ad Hoc Committee of Interest Holders***

### Certificate of Service

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify on this 4th day of March, 2019, that a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF filing system and by first class, U.S. mail on any parties not receiving electronic notice.

By: */s/ Kenneth C. Johnston*
    Kenneth C. Johnston