

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 1, 2019**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRITLAND OIL, LLC, | § | CASE NO. 18-33693-SGJ-11 |
|     Debtor. | § | (Chapter 11) |
| | § | |

_____

| | | |
|---|---|---|
| BRITLAND OIL, LLC, | § | |
|     Plaintiff, | § | |
| v. | § | Adversary No. 19-03013-SGJ |
| | § | |
| OLYMPIA MINERALS LEASING, LLC, | § | |
|     Defendant. | § | |

### ORDER CONTINUING TRIAL DOCKET CALL

Based on the July 1, 2019 trial docket call,

**IT IS ORDERED** that trial docket call in this adversary proceeding is **CONTINUED** to **September 9, 2019, at 1:30 p.m.**, with a possible trial setting during the week of September 16, 2019.

###END OF ORDER###

1