


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 1, 2019**

_____
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRITLAND OIL, LLC, | § | CASE NO. 18-33693-SGJ-11 |
|     Debtor. | § | (Chapter 11) |
| | § | |

_____

| | | |
|---|---|---|
| BRITLAND OIL, LLC, | § | |
|     Plaintiff, | § | |
| v. | § | Adversary No. 19-03013-SGJ |
| | § | |
| OLYMPIA MINERALS LEASING, LLC, | § | |
|     Defendant. | § | |

### ORDER CONTINUING TRIAL DOCKET CALL

Based on the July 1, 2019 trial docket call,

**IT IS ORDERED** that trial docket call in this adversary proceeding is **CONTINUED** to **September 9, 2019, at 1:30 p.m.**, with a possible trial setting during the week of September 16, 2019.

###END OF ORDER###

United States Bankruptcy Court
Northern District of Texas

Britlind Oil, LLC,
    Plaintiff

Olympia Minerals Leasing, LLC,
    Defendant

Adv. Proc. No. 19-03013-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: ctello      Page 1 of 1      Date Rcvd: Jul 02, 2019
                    Form ID: pdf001   Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.

```
ust         +Cheryl Wilcoxson,    US Trustee,    1100 Commerce St.,    Ste. 976,    Dallas, TX 75242-0996
cd          +Britlind Oil, LLC,    216 Renee Ave.,    Lafayette, LA 70503-3332
pla         +Britlind Oil, LLC,    16475 North Dallas Parkway,    Suite 230,    Addison, TX 75001-6356
cd          +Charles E. Gale,    2929 Milton,    Dallas, TX 75205-1524
cd          +Chelsea Tindell Duvall,    2000 McKinney Ave, Suite 1000,    Dallas, TX 75201-2027
cd          +Denise D Thayer,    3809 Centenary,    Dallas, TX 75225-5226
cd          +Fossil Fuels of Louisiana, LLC,    216 Renee Ave.,    Lafayette, LA 70503-3332
dft         +Gerald Fowler, McGowen & Fowler, PLLC,,    8588 Katy Freeway,,    Suite 226,
              Houston, TX 77024-1864
dft         +James Lapeze, Liskow & Lewis,    701 Poydras Street, Suite 500,    New Orleans, LA 70139-6001
cd          +Jonathan W Thayer,    3809 Centenary,    Dallas, TX 75225-5226
cd          +Kerri Matthews Gale,    2929 Milton,    Dallas, TX 75205-1524
dft         +Olympia Minerals Leasing, LLC,    c/o Robert Theriot,    1001 Fannin,    Suite 1800,
              Houston, TX 77002-6756
cd          +Pecos Financial Company, LLC,    9201 Central Expressway, 4th Floor,    Dallas, TX 75231-6033
cd          +Peter McGuire,    3839 McKinney Ave, Suite 503,    Dallas, TX 75204-1419
dft         +Robert Theriot, Liskow & Lewis,    1001 Fannin, Suite 1800,    Houston, TX 77002-6756
cd          +William C Duvall, Jr.,    2000 McKinney Ave, Suite 1000,    Dallas, TX 75201-2027
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
ust         +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jul 03 2019 01:04:56     US Trustee,
              Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
ust         +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Jul 03 2019 01:04:56     United States Trustee,
              1100 Commerce Street,    Room 976,    Dallas, TX 75242-0996
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
ust          Sandra Nixon,   U.S. Trustee
ust          mario zavala
ust*        +US Trustee,    Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,
              Tyler, TX 75702-7231
cc*         +Olympia Minerals Leasing, LLC,    c/o Robert Theriot,    1001 Fannin,    Suite 1800,
              Houston, TX 77002-6756
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
      Eric A. Liepins    on behalf of Plaintiff    Britlind Oil, LLC eric@ealpc.com,
       martha@ealpc.com;r56883@notify.bestcase.com
      Kenneth C. Johnston    on behalf of Intervenor    Ad Hoc Committee of Interest Holders
       kjohnston@johnstonpratt.com,
       klemon@johnstonpratt.com;kslemon@ecf.courtdrive.com;sbyrd@johnstonpratt.com;saffleck@johnstonpratt.com;gbarber@johnstonpratt.com;kgaither@johnstonpratt.com;mmendoza@johnstonpratt.com
      Michael David Rubenstein    on behalf of Defendant    Olympia Minerals Leasing, LLC
       mdrubenstein@liskow.com,    fhernandez@liskow.com
      Michael David Rubenstein    on behalf of Counter-Claimant    Olympia Minerals Leasing, LLC
       mdrubenstein@liskow.com,    fhernandez@liskow.com
                                                                        TOTAL: 4