

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 12, 2020**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| BRITLIND OIL, LLC | Case No. 18-33693-sgj11 |
|     DEBTOR | |

_____

| | |
|---|---|
| BRITLIND OIL, LLC, | |
|     PLAINTIFF | |
| vs. | Adversary No. 19-03013-sgj |
| OLYMPIA MINERAL LEASING, LLC | |
|     DEFENDANT | |

## ORDER

Considering the Joint Motion to Dismiss Adversary Proceeding No. 19-03013 ("Joint Motion to Dismiss") filed by plaintiff, Britlind Oil, LLC, and defendant, Olympia Minerals Leasing, LLC, it is

**ORDERED** that the Joint Motion to Dismiss is hereby **GRANTED**; it is further

**ORDERED** that Adversary Proceeding No. 19-03013 be and it is hereby dismissed, with prejudice, in its entirety, each party to bear its own fees and costs.

# # # End of Order # # #