

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 12, 2020**

United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| BRITLIND OIL, LLC | Case No. 18-33693-sgj11 |
| DEBTOR | |

_____

| | |
|---|---|
| BRITLIND OIL, LLC, | |
| PLAINTIFF | |
| vs. | Adversary No. 19-03013-sgj |
| OLYMPIA MINERAL LEASING, LLC | |
| DEFENDANT | |

### ORDER

Considering the Joint Motion to Dismiss Adversary Proceeding No. 19-03013 ("Joint Motion to Dismiss") filed by plaintiff, Britlind Oil, LLC, and defendant, Olympia Minerals Leasing, LLC, it is

**ORDERED** that the Joint Motion to Dismiss is hereby **GRANTED**; it is further

**ORDERED** that Adversary Proceeding No. 19-03013 be and it is hereby dismissed, with prejudice, in its entirety, each party to bear its own fees and costs.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

Britlind Oil, LLC,
    Plaintiff

Adv. Proc. No. 19-03013-sgj

Olympia Minerals Leasing, LLC,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0539-3        User: brielly        Page 1 of 1        Date Rcvd: Mar 13, 2020
                  Form ID: pdf001    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.
ust        +Cheryl Wilcoxson,   US Trustee,   1100 Commerce St.,   Ste. 976,   Dallas, TX 75242-0996

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Mar 14 2020 00:02:44     US Trustee,
          Office of the US Trustee,   515 Rusk Ave,   Ste 3516,   Houston, TX 77002-2604
ust        +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Mar 14 2020 00:02:44     US Trustee,
          Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
ust        +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Mar 14 2020 00:02:43     United States Trustee,
          1100 Commerce Street,   Room 976,   Dallas, TX 75242-0996
                                        TOTAL: 3

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Sandra Nixon,   U.S. Trustee
ust          mario zavala
ust*        +US Trustee,   Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,
          Tyler, TX 75702-7231
                                        TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:
          Christopher Marc Nolland    on behalf of Mediator Christopher   Nolland chris@nolland.com
          Eric A. Liepins    on behalf of Plaintiff   Britlind Oil, LLC eric@ealpc.com,
           martha@ealpc.com;r56883@notify.bestcase.com
          Eric A. Liepins    on behalf of Counter-Defendant   Britlind Oil, LLC eric@ealpc.com,
           martha@ealpc.com;r56883@notify.bestcase.com
          Kenneth C. Johnston    on behalf of Intervenor   Ad Hoc Committee of Interest Holders
           kjohnston@johnstonpratt.com,
           klemon@johnstonpratt.com;kslemon@ecf.courtdrive.com;sbyrd@johnstonpratt.com;saffleck@johnstonpratt.com;gbarber@johnstonpratt.com;kgaither@johnstonpratt.com;mmendoza@johnstonpratt.com;cperkins@johnstonpratt.com
          Michael David Rubenstein    on behalf of Counter-Claimant   Olympia Minerals Leasing, LLC
           mdrubenstein@liskow.com,  fhernandez@liskow.com
          Michael David Rubenstein    on behalf of Defendant   Olympia Minerals Leasing, LLC
           mdrubenstein@liskow.com,  fhernandez@liskow.com
                                        TOTAL: 6